# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LORENZO WIGGINS

NO. 2023 KW 0929

**NOVEMBER 20, 2023**

---

In Re:    Lorenzo Wiggins, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 08-03-0580.

---

**BEFORE:    GUIDRY,C.J.. CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

> JMG
> WRC
> WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT